52 F.3d 313
 Board of Managers of Glen Mills Schools, Terrill Gillette
v.
West Chester Area School District, a/k/a West Chester Area
Joint School Authority, Thomas J. Kent, George Zumbano,
Harold Zuber, Donald Howland, Thornbury Township,
Pennsylvania, Mary Beth Graap, Theodore Russell, George Morley
 NO. 94-1076
 United States Court of Appeals,
Third Circuit.
 Mar 01, 1995
 
 1
 Appeal From: E.D.Pa., No. 92-03407, 838 F.Supp. 1035
 
 
 2
 REVERSED IN PART, AFFIRMED IN PART.